■ William W. Dompkowski et al., Appellants, v Raymond S. Roussey, Respondent. [816 NYS2d 398]—Appeal from an order of the Supreme Court, Niagara County (Amy J. Fricano, J.), entered August 8, 2005 in a personal injury action. The order

denied plaintiffs' motion for partial summary judgment on the issue of negligence.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs. Present—Gorski, J.P., Martoche, Green, Pine and Hayes, JJ.